GINA DURHAM, Bar No. 295910
gina.durham@dlapiper.com
AISLINN N. SMALLING, Bar No. 335911
aislinn.smalling@dlapiper.com
DLA PIPER LLP (US)
555 Mission Street, Suite 2400
San Francisco, CA 94105-2933
Tel:     415.836.2500
Fax:    415.836.2501

Attorneys for Petitioner
The Football Association Premier League Ltd.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re DMCA Subpoena to Cloudflare, Inc. | MISC. CASE NO.: 3:22-mc-80061<br><br>**REQUEST TO THE CLERK FOR ISSUANCE OF SUBPOENA TO CLOUDFLARE, INC. PURSUANT TO 17 U.S.C. § 512(H) TO IDENTIFY ALLEGED INFRINGERS** |

     Petitioner The Football Association Premier League Limited (the "Premier League"), hereby requests that the Clerk of this Court issue a subpoena (the 'Subpoena") to Cloudflare, Inc. requiring Cloudflare, Inc. to identify person(s) having infringed works in which the Premier League owns copyright. The Subpoena is sought pursuant to 17 U.S.C. § 512(h). The proposed Subpoena is attached hereto as Exhibit 1.

     The Premier League owns copyrights in audiovisual works (the "Works") consisting of fixed broadcasts of Premier League football (soccer) matches.

     The proposed Subpoena is directed to Cloudflare, Inc., a service provider which provides public access to the website www.hesgoal.com. This website has infringed the Premier League's copyrights in the Works by distributing to the public and displaying simultaneously broadcast streams of the Premier League's Works without authorization from the Premier League. Screenshots of the following copyrighted works were made available through Cloudflare, Inc. at the following URLS:

- Crystal Palace versus Chelsea match, played on February 19, 2022 at 3:00 pm GMT, broadcast through Sport TV (Portugal), available at www.hesgoal.com/news/96069/Crystal_Palace_vs_Chelsea.html;
- Leeds United versus Manchester United match, played on February 20, 2022 at 2:00 pm GMT, broadcast through Sky Sports (UK), available at www.hesgoal.com/news/96226/Leeds_United_vs_Manchester_United.html;
- West Ham United versus Newcastle United match, played on February 19, 2022 at 12:30 pm GMT, broadcast through Sky Sports (UK), available at www.hesgoal.com/news/96032/West_Ham_United_vs_Newcastle_United.html; and
- Manchester City versus Tottenham Hotspur match, played on February 19, 2022 at 5:30 pm GMT, broadcast through SuperSport (South Africa), available at www.hesgoal.com/news/96113/Manchester_City_vs_Tottenham.html.

True copies of these screenshots are attached hereto as Exhibit 2.

As part of this request for subpoena, the Premier League herewith files the following documents required by 17 U.S.C. § 512(h) for issuance of a subpoena:

(1) A notification of claimed infringement complying with 17 U.S.C. § 512(c)(3)(A), dated February 25, 2022, sent to the agent designated by Cloudflare, Inc. pursuant to 17 U.S.C. § 512(c)(2). A true copy of said notification is attached as Exhibit 3 hereto.

(2) A proposed Subpoena, attached hereto as Exhibit 1.

(3) A sworn and executed declaration of Aislinn Smalling, Esq., an attorney employed by DLA Piper LLP (US), agents for the Premier League, attached hereto as Exhibit 4, to the effect that the purpose for which the subpoena is sought is to obtain the identity of an alleged infringer and that such information will only be used for the purpose of protecting rights under title 17 of the United States Code. *See* Smalling Decl. ¶ 6.

Having compiled with the statutory requirements, the Premier League respectfully requests that the Clerk expeditiously issue and sign the proposed Subpoena pursuant to 17 U.S.C. § 512(h)(4) and return it to the undersigned for service upon Cloudflare, Inc.

Dated: March 1, 2022            **DLA PIPER LLP (US)**

By  */s/ Aislinn Smalling*
GINA DURHAM
AISLINN N. SMALLING

Attorneys for Petitioner
The Football Association Premier League Ltd.

**EXHIBIT 1**

Case 3:22-mc-80061-KAW   Document 1   Filed 03/01/22   Page 4 of 20

AO 88B  (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| In Re DMCA Subpoena to Cloudflare, Inc. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. |
| | ) | |
| | ) | |
| *Defendant* | ) | |

**SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**

To:  Cloudflare, Inc.
Attn: Legal Department
101 Townsend St, San Francisco, CA 94107
*(Name of person to whom this subpoena is directed)*

☒ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:
See attached

| Place: DLA Piper LLP (US) 555 Mission Street, Suite 2400 San Francisco, CA 94105-2933 | Date and Time: March 21, 2022, 5:00 pm |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: _____

*CLERK OF COURT*

OR

_____     _____
*Signature of Clerk or Deputy Clerk*                                   *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* The Football Association Premier League Limited , who issues or requests this subpoena, are:
Gina Durham and Aislinn Smalling, DLA Piper LLP (US) 555 Mission St., Suite 2400, San Francisco, CA 94105-2933, gina.durham@dlapiper.com, aislinn.smalling@dlapiper.com, (415) 836-2506

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B  (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

❒ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

❒ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.:

AO 88B  (Rev.  02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action(Page 3)

# Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

  **(1)** *For a Trial, Hearing, or Deposition.* A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
    **(A)** within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
    **(B)** within the state where the person resides, is employed, or regularly transacts business in person, if the person
      **(i)** is a party or a party's officer; or
      **(ii)** is commanded to attend a trial and would not incur substantial expense.

  **(2)** *For Other Discovery.* A subpoena may command:
    **(A)** production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
    **(B)** inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

  **(1)** *Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

  **(2)** *Command to Produce Materials or Permit Inspection.*
    **(A)** *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
    **(B)** *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
      **(i)** At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
      **(ii)** These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

  **(3)** *Quashing or Modifying a Subpoena.*
    **(A)** *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:
      **(i)** fails to allow a reasonable time to comply;
      **(ii)** requires a person to comply beyond the geographical limits specified in Rule 45(c);
      **(iii)** requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
      **(iv)** subjects a person to undue burden.
    **(B)** *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:
       **(i)** disclosing a trade secret or other confidential research, development, or commercial information; or

      **(ii)** disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
    **(C)** *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
      **(i)** shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
      **(ii)** ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

  **(1)** *Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information:
    **(A)** *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
    **(B)** *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
    **(C)** *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
    **(D)** *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

  **(2)** *Claiming Privilege or Protection.*
    **(A)** *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
      **(i)** expressly make the claim; and
      **(ii)** describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
    **(B)** *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**
The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

**Request for Production**

1. All information sufficient to identify the owner and/or operator of the website hesgoal.com, including registration information, the name(s), address(es), telephone number(s), and email address(es) associated with such persons or entities.

2. All information sufficient to identify the persons or persons posting at or controlling the following URLs, including registration information, the name(s), address(es), telephone number(s), and email address(es):
    - www.hesgoal.com/news/96069/Crystal_Palace_vs_Chelsea.html,
    - www.hesgoal.com/news/96226/Leeds_United_vs_Manchester_United.html,
    - www.hesgoal.com/news/96032/West_Ham_United_vs_Newcastle_United.hmtl, and
    - www.hesgoal.com/news/96113/Manchester_City_vs_Tottenham.html

**EXHIBIT 2**

Crystal Palace versus Chelsea match, played on February 19, 2022 at 3:00 pm GMT, broadcast through Sport TV (Portugal), available at www.hesgoal.com/news/96069/Crystal_Palace_vs_Chelsea.html



Leeds United versus Manchester United match, played on February 20, 2022 at 2:00 pm GMT, broadcast through Sky Sports (UK), available at www.hesgoal.com/news/96226/Leeds_United_vs_Manchester_United.html



West Ham United versus Newcastle United match, played on February 19, 2022 at 12:30 pm GMT, broadcast through Sky Sports (UK), available at
www.hesgoal.com/news/96032/West_Ham_United_vs_Newcastle_United.html



Manchester City versus Tottenham Hotspur match, played on February 19, 2022 at 5:30 pm GMT, broadcast through SuperSport (South Africa), available at
www.hesgoal.com/news/96113/Manchester_City_vs_Tottenham.html



**EXHIBIT 3**



**DLA Piper LLP (US)**
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, California 90067-4704
www.dlapiper.com

Andrew L. Deutsch
andrew.deutsch@dlapiper.com
T   212.335.4880
F   212.884.8580

February 25, 2022

Justin Paine
Cloudflare
101 Townsend Street
Legal Department
San Francisco, CA 94107

Re:   Notification Of Claimed Copyright Infringement Pursuant to 17 U.S.C. § 512(c)(3)(A).

Dear Mr. Paine:

DLA Piper LLP (US) is the agent of The Football Association Premier League Limited ("Premier League"), which is the organizing body of the Premier League competition.   Premier League owns copyrights in broadcasts and streams of Premier League football (soccer) matches.  We hereby notify you, as the DMCA Designated Agent of Cloudflare, of the following infringements of Premier League's copyrights that have occurred or are occurring on or through the Internet service provided by Cloudflare:

<u>Identification of copyrighted works claimed to be infringed and that is to be removed or access to which is to be disabled, and information sufficient to permit service provider to locate material:</u>

1. Simultaneously fixed broadcast stream of Crystal Palace versus Chelsea match, played on February 19, 2022 at 3:00 pm GMT.  An unauthorized and infringing stream of this broadcast was made available through Cloudflare through access to the URL www.hesgoal.com/news/96069/Crystal_Palace_vs_Chelsea.html

2. Simultaneously fixed broadcast stream of Leeds United versus Manchester United match, played on February 20, 2022 at 2:00 pm GMT,.  An unauthorized and infringing stream of this broadcast was made available through Cloudflare through access to the URL www.hesgoal.com/news/96226/Leeds_United_vs_Manchester_United.html

3. Simultaneously fixed broadcast stream of West Ham United versus Newcastle United match, played on February 19, 2022 at 12:30 pm GMT.  An unauthorized and infringing stream of this broadcast was made available through Cloudflare through access to the URL

    www.hesgoal.com/news/96032/West_Ham_United_vs_Newcastle_United.html

4. Simultaneously fixed broadcast stream of West Ham United versus Newcastle United match, played on February 19, 2022 at 12:30 pm GMT.  An unauthorized and infringing stream of this broadcast was made available through Cloudflare through access to the URL

www.hesgoal.com/news/96113/Manchester_City_vs_Tottenham.html

Contact Information for Complaining Party

Andrew L. Deutsch
DLA Piper LLP (US)
2000 Avenue of the Stars
Suite 400
Los Angeles, CA 90067
(310) 595-3000
Andrew.deutsch@dlapiper.com

or

Aislinn Smalling
DLA Piper LLP (US)
555 Mission Street
Suite 2400
San Francisco, CA 94105
(415) 836-2500
aislinn.smalling@dlapiper.com

As an authorized agent, we have a good faith belief that the use of the above-identified copyrighted material is not authorized by Premier League, its agents, or the law.

We attest, under penalty of perjury, that DLA Piper LLP (US) is authorized by Premier League, as the owner of an exclusive right in the infringed material identified above, to act on Premier League's behalf, and that the information in this notification is accurate. We understand, under 17 U.S.C. § 512(f), that Premier League may be liable for any damages, including costs and attorneys' fees, if we knowingly materially misrepresent reported material in this Notice.

Sincerely yours,

**DLA Piper LLP (US)**

*[signature]*

Andrew Deutsch
Senior Counsel

**Exhibit A**

Crystal Palace versus Chelsea match, played on February 19, 2022 at 3:00 pm GMT, broadcast through Sport TV (Portugal), available at www.hesgoal.com/news/96069/Crystal_Palace_vs_Chelsea.html



Leeds United versus Manchester United match, played on February 20, 2022 at 2:00 pm GMT, broadcast through Sky Sports (UK), available at www.hesgoal.com/news/96226/Leeds_United_vs_Manchester_United.html



West Ham United versus Newcastle United match, played on February 19, 2022 at 12:30 pm GMT, broadcast through Sky Sports (UK), available at
www.hesgoal.com/news/96032/West_Ham_United_vs_Newcastle_United.html



Manchester City versus Tottenham Hotspur match, played on February 19, 2022 at 5:30 pm GMT, broadcast through SuperSport (South Africa), available at
www.hesgoal.com/news/96113/Manchester_City_vs_Tottenham.html



# Smalling, Aislinn

| | |
|---|---|
| **From:** | Cloudflare Trust & Safety <abuse@cloudflare.com> |
| **Sent:** | Friday, February 25, 2022 4:50 PM |
| **To:** | Smalling, Aislinn |
| **Subject:** | Report received: (#9559949) DMCA Notification |

⚠ EXTERNAL MESSAGE

##- Please type your reply above this line -##

Your report (#9559949) has been received. Note -- When responding please make sure to keep #9559949 in the subject line.

Thank you for your report.

Cloudflare offers network service solutions including pass-through security services, a content distribution network (CDN) and registrar services. Due to the pass-through nature of our services, our IP addresses appear in WHOIS and DNS records for websites using Cloudflare. Cloudflare is not a website hosting provider, and we cannot remove material from the Internet that is hosted by others.

To ensure the prompt processing of your abuse report we request that you please submit your abuse report through Cloudflare's abuse reporting web form at:

https://www.cloudflare.com/abuse/

Regards,
Cloudflare Trust & Safety

This email is a service from Cloudflare Trust & Safety. Delivered by <u>Zendesk</u>

1

**EXHIBIT 4**

GINA DURHAM, Bar No. 295910
gina.durham@dlapiper.com
AISLINN N. SMALLING, Bar No. 335911
aislinn.smalling@dlapiper.com
DLA PIPER LLP (US)
555 Mission Street, Suite 2400
San Francisco, CA 94105-2933
Tel:   415.836.2500
Fax:  415.836.2501

Attorneys for Petitioner
The Football Association Premier League Ltd.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re DMCA Subpoena to Cloudflare, Inc. | MISC. CASE NO.: 3:22-mc-80061<br><br>**DECLARATION OF AISLINN N. SMALLING** |

I, Aislinn Smalling, declare as follows:

1. I am an associate of DLA Piper LLP (US), counsel for The Football Association Premier League Ltd. (the "Premier League"), in the above-referenced matter, and am licensed to practice law in California.

2. DLA Piper LLP (US) is authorized to act on behalf of the Premier League with respect to infringement of audiovisual works (the "Works") consisting of simultaneously fixed broadcasts of Premier League football (soccer) matches, in which the Premier League owns copyrights.

3. I submit this declaration in support of the Premier League's request for issuance of a subpoena to Cloudflare, Inc., a service provider, pursuant to 17 U.S.C. § 512(h) (the Subpoena").

4. I declare that the purpose for which the Subpoena is sought is to obtain the identify of an alleged infringer and that such information will only be used for the purposes of protecting rights under Title 17, United States Code.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

This declaration was executed on the 1st day of March 2022 at San Rafael, California.

*/s/ Aislinn Smalling*
AISLINN N. SMALLING